UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

ANTHONY MANDIGO (#325803)

VERSUS

SEC. OF D.O.C., JAMES LEBLANC, ET AL.

CIVIL ACTION

NO. 12-170-JJB-RLB

**RULING**

The court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Richard L. Bourgeois, Jr., dated June 18, 2013 (doc. no. 37) to which no objection has been filed.

The court hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein. Accordingly, the court declines the exercise of supplemental jurisdiction over the plaintiff's state law claims and the defendants' Motion to Dismiss (doc. no. 30) is GRANTED, dismissing the plaintiff's claims asserted against the defendants, with prejudice, for failure to state a claim upon which relief may be granted.

Baton Rouge, Louisiana, this 8th day of July, 2013.

JAMES J. BRADY, JUDGE
MIDDLE DISTRICT OF LOUISIANA